# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN,<br><br>           Petitioner,<br><br>    v.<br><br>MR. HEDGPETH, Warden,<br><br>           Respondent. | Case No. CV 12-7126 JVS (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Motion for Extension of Time to File Habeas Petition, Summarily Dismissing Action Without Prejudice, and Denying Certificate of Appealability.

DATED: August 22, 2012          _____
                                                      Hon. James V. Selna
                                           United States District Judge